AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>MASSEY ALLEN<br><br>Defendant(s) | Case No.  8:22MJ399 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   see Offense Description   in the county of   Douglas   in the _____ District of   Nebraska & elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1)&(b)(1) | Possession with intent to distribute and distribution of a controlled substance, 50 grams or more of methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Colin D. Strickland, DEA Special Agent
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  7/7/2022

_____
Judge's signature

City and state:   Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
Printed name and title